**MAUMELLE MEDICAL CLINICS, INC., Plaintiff–Appellant**

v.

**WAL–MART STORES ARKANSAS, LLC, Defendant–Appellee.**

No. 12–1579.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 30, 2012.

Filed: Nov. 16, 2012.

David O. Bowden, Robert David Lewis, Little Rock, AR, Quincy Byrum Hurst, Jr., Hurst & Morrissey, Hot Springs, AR, for Plaintiff–Appellant.

Kathlyn Graves, Mitchell & Williams, Little Rock, AR, Marshall S. Ney, Mitchell & Williams, Rogers, AR, for Defendant–Appellee.

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Maumelle Medical Clinics, Inc. (Maumelle) appeals the district court's [1] adverse grant of summary judgment in its action under 42 U.S.C. §§ 1981 and 1982 and state law. Upon de novo review, *see Withers v. Dick's Sporting Goods, Inc.,* 636 F.3d 958, 962 (8th Cir.) (summary judgment), *cert. denied,* —— U.S. ——, 132 S.Ct. 821, 181 L.Ed.2d 526 (2011), we find no basis for reversal as to the grant of summary judgment on the section 1981 and 1982 claims. We also find no abuse of discretion in the district court's exercise of supplemental jurisdiction over the state-law claims after dismissing the federal claims. *See Quinn v. Ocwen Fed. Bank FSB,* 470 F.3d 1240, 1249 (8th Cir.2006) (per curiam). The district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.